IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LISA CAROL WARD,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )       1:25-cv-180
CABARRUS COUNTY DETENTION           )
CENTER, OFFICER DIAZ, OFFICER       )
ON 1ST SHIFT, MENTAL HEALTH         )
WORKER, and NIGHT SHIFT NURSE,      )
                                    )
            Defendants.             )

## ORDER

On March 18, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 29th day of April, 2025.

                                                   /s/ William L. Osteen, Jr.
                                                   United States District Judge